IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-00052-MR-WCM

CHRISTOPHER HUNTER,           )
                              )
          Plaintiff,          )
                              )
     v.                       )           ORDER
                              )
JACK VAN DUNCAN,              )
SHERIFF QUENTIN MILLER        )
                              )
          Defendants.         )
_____)

This matter is before the Court on Plaintiff's: (1) Motion to File Document Under Seal (the "Motion to Seal," Doc. 14); and (2) "Renewed Consent Motion for Extension of Time for Filing Under Seal and Request to be Heard" (the "Motion to Extend," Doc. 15). The undersigned also conducted a conference call with counsel on March 10, 2022.

I. The Motion to Extend

By the Motion to Extend, Plaintiff requests a sixty-day extension of the remaining pretrial deadlines. Defendants consent to this request.

The current deadlines and proposed deadlines are:

|            | Current        | Proposed     |
|------------|----------------|--------------|
| Discovery: | March 7, 2022  | May 6, 2022  |
| Mediation: | March 23, 2022 | May 23, 2022 |
| Motions:   | April 6, 2022  | June 6, 2022 |

For the reasons set forth in the Motion to Extend, the requested extensions will be allowed. Additionally, and after conferring with the chambers of the presiding District Judge, the trial of this matter will be reset to the November 14, 2022 term.

## II.  The Motion to Seal

In evaluating a motion to seal, the Court must "(1) provide public notice of the request to seal and allow interested parties a reasonable opportunity to object, (2) consider less drastic alternatives to sealing the documents, and (3) provide specific reasons and factual findings supporting its decision to seal the documents and for rejecting the alternatives." Ashcraft v. Conoco, Inc., 218 F.3d 288, 302 (4th Cir. 2000); see also Local Civil Rule 6.1.

The undersigned has considered these principles and notes that the Motion to Extend includes personal information regarding Plaintiff's counsel which information is necessary in evaluating Plaintiff's request for an extension of the pretrial deadlines, but is not relevant to the parties' legal positions in this matter.

Under these circumstances, the Motion to Seal will be allowed.

**IT IS THEREFORE ORDERED** that:

1. Plaintiff's "Renewed Consent Motion for Extension of Time for Filing Under Seal and Request to be Heard" (the "Motion to Extend," Doc. 15) is **GRANTED**, and the following deadlines are **EXTENDED**:

a. Discovery through and including May 6, 2022;

   b. Mediation through and including May 23, 2022; and

   c. Motions through and including June 6, 2022.

2. **IT IS FURTHER ORDERED** that trial in this matter is **RESET** to the November 14, 2022 term.

3. Plaintiff's Motion to File Document Under Seal (Doc. 14) is **GRANTED** and Plaintiff's Motion to Extend (Doc. 15) is **SEALED** and shall remain sealed until further Order of the Court.

Signed: March 10, 2022

W. Carleton Metcalf
United States Magistrate Judge